CIPRIANO MANRIQUE GIL, demandante y apelante-apelado, *v.* CARLOS AGUAYO MARTÍ, y AUGUST y CONSTANT GOFFINET, demandados y apelados-apelantes.

No. 4431.—*Visto:* Febrero 14, 1928. *Resuelto:* Julio 10, 1928.

*González Fagundo & González Jr.,* abogados del demandante y apelante-apelado; *Henry G. Molina,* abogado de los demandados y apelados-apelantes.

El Juez Asociado Señor Hutchison, emitió la opinión del tribunal.

El demandante apela de una orden aprobando un memorándum de costas y alega que la corte inferior erró al conceder la cantidad de $500 como honorarios de abogado. La cantidad reclamada en el memorándum era la de $2,000 y hubo prueba tendente a demostrar que los servicios razonablemente valían esa suma. Puede formarse alguna idea respecto a la cuantía envuelta y a la naturaleza de la contienda, leyendo los hechos expuestos en el caso de *Manrique Gil v. Goffinet,* 37 D.P.R. 336.

Por los mismos motivos que provocaron la modificación de la sentencia en el caso principal, eliminándose de la misma el pronunciamiento de costas y sustituyéndolo por una concesión de costas a los demandados, no hallamos que haya habido abuso de discreción de parte del juez sentenciador al conceder aproximadamente la cuarta, y en verdad no más de la tercera parte, del valor razonable de los servicios legales prestados.

*Debe confirmarse la resolución apelada.*